PROB 12C
(5/2015)



# UNITED STATES DISTRICT COURT
### for

**FILED**
OCT 18 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Woodrow Lamb                               Case Number:   6:02-CR-017-S-DCR-01

Name of Sentencing Judicial Officer:   Honorable Danny C. Reeves, Chief U.S. District Judge

Date of Original Sentence:   January 10, 2003

Original Offense:   (Cts. 4 & 7) Felon in Possession of Firearms;
(Ct. 5) Possession With the Intent to Distribute Less Than 50 Grams of Methamphetamine;
(Ct. 8) Did Carry, Brandish, and Discharge a Firearm in Relation to a Drug Trafficking Crime

Original Sentence:   200 months imprisonment followed by three years supervised release.

Type of Supervision:   Supervised Release             Date Supervision Commenced:   September 23, 2021

Assistant U.S. Attorney:   Jason D. Parman             Defense Attorney:   Thomas Hunter Payne

---

### PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1   **Standard Condition #1:** Failure to report within 72-hours of release.

2   **Special Condition #1:** Failure to abstain from the use of alcohol.

October 15, 2021
Page 2

RE: LAMB, Woodrow
    Dkt. # 6:02-CR-017-S-DCR-01
    **PROB 12C**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2021

Brian Rains
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant (Matter Sealed Pending Arrest).

☒ The issuance of a summons.    *Return date to be set by US Mag. Judge. DCR*

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.    Initial appearance scheduled for 10/28/21 at 2:00 pm in Lexington, KY before Magistrate Judge Matthew A. Stinnett.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

Signature of Judicial Officer

10/18/21
Date